# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

February 23, 2021

| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No. 3:19-cv-00096-NJR<br>Southern District of Illinois<br>Clerk/Agency Rep Margaret M. Robertie<br>District Judge Nancy J. Rosenstengel<br>Case filed: 02/23/2021<br>Case type: cv/pri<br>Fee status: Paid<br>Date of Judgment: 01/28/2021<br>Date NOA filed: 02/22/2021 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 21-1330 | Subhadra Gunawardana | Transcript information sheet | 03/09/2021 |
| 21-1330 | David Seely | Transcript information sheet | 03/09/2021 |

| 21-1330 | Subhadra Gunawardana | Appellant's brief | 04/05/2021 |
| 21-1330 | David Seely | Appellant's brief | 04/05/2021 |

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).

form name: **c7_Docket_Notice**(form ID: **108**)