# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 23, 2021

**To:** Margaret M. Robertie
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-1330
>
> Caption:
> SUBHADRA GUNAWARDANA and DAVID SEELY,
> Plaintiffs - Appellants
>
> v.
>
> AMERICAN VETERINARY MEDICAL ASSOCIATION, et al.,
> Defendants - Appellees
>
> District Court No: 3:19-cv-00096-NJR
> Clerk/Agency Rep Margaret M. Robertie
> District Judge Nancy J. Rosenstengel
> Date NOA filed in District Court: 02/22/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)