# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 23, 2021

**By the Court:**

| | |
|---|---|
| SUBHADRA GUNAWARDANA and DAVID SEELY, <br>     Plaintiffs-Appellants, <br><br> No. 21-1330     v. <br><br> AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., <br>     Defendants-Appellees. | ] Appeal from the United <br> ] States District Court for <br> ] the Southern District of <br> ] Illinois. <br> ] <br> ] No. 3:19-cv-00096-NJR <br> ] <br> ] <br> ] Nancy J. Rosenstengel, <br> ]    Chief Judge. |

O R D E R

     A review of the notice of appeal reveals that plaintiff David Seely wants to appeal, in addition to plaintiff Subhadra Gunawardana. But Subhadra Gunawardana proceeds *pro se*, and therefore she cannot represent plaintiff David Seeley in this court, s*ee Swanson v. Citibank N.A*. 614 F. 3d 400m 492 (7th Cir. 2010) (*pro se* litigants may not represent their spouse or anyone else on appeal); *Navin v. Park Ridge School Dist. 64*, 270 F.3d 1147, 1149 (7th Cir. 2001) (per curiam), which it appears she is trying to do. Here's why. The signature line on the notice of appeal next to plaintiff David Seely's name states "With Consent," implying that that plaintiff David Seely did not sign the notice of appeal. Of course, plaintiff David Seeley may correct this omission by personally signing the notice of appeal. *See Lewis v. Lenc-Smith Mfg., Co*., 784 F.3d 829 (7th Cir. 1986) Accordingly,

     IT IS ORDERED that appellant Subhadra Gunawardana shall file, on or before March 9, 2021, a brief memorandum stating why this appeal should not be dismissed as to plaintiff David Seeley. A motion for voluntary dismissal of plaintiff Seely as an appellant pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.

NOTE:     Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.