NO. 21-1330

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

Subhadra Gunawardana and David Seely, pro se

*Plaintiffs-Appellants*

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign
Veterinary Graduates (ECFVG) and Council on Education (COE)
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy J. Rosenstengel

## PLAINTIFFS-APPELLANT'S JURISDICTIONAL MEMORANDUM

Pursuant to the Court's Order of February 23, 2021, plaintiff-appellant Subhadra Gunawardana respectfully submits this memorandum stating why this appeal should not be dismissed as to plaintiff David Seely.

1. David Seely is appellant's husband, and a party to this action from its initiation to disposition in the District court. Fed. R. App. P. 3(c)(2) provides that: A pro se notice of appeal is considered filed on behalf of the signer and the signer's spouse and minor children (if they are parties), unless the notice clearly indicates otherwise.

2. Pursuant to Fed. R. App. P. 3 and Circuit Rule 3, the Notice of Appeal was filed in the Southern District of Illinois. Both plaintiffs signed the notice according to the electronic filing rules of the Southern District, which require that "When pleadings contain multiple electronic signatures, the non−filing party must include the language "with consent" with his/her

signature.  See Section 2.1 of the CM/ECF User's Manual" [Docket entries #14 and 32]. Thus, they were merely following the rules of the District Court, and appellant did not intend to represent her husband.

3.    In compliance with this Court's Order, David Seely has filed an affidavit stating his intent to appeal, attaching a duplicate Notice of Appeal signed by him.


Considering the above, appellant requests this Honorable Court to allow this appeal to proceed for both Subhadra Gunawardana and David Seely.


Respectfully submitted this 24th day of February, 2021.

/s/Dr. Subhadra Gunawardana
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520
subhadra.gunawardana@wustl.edu


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by email to all parties on February 24th, 2021.

/s/Dr. Subhadra Gunawardana