NO. 21-1330

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

Subhadra Gunawardana and David Seely, pro se,

*Plaintiffs-Appellants*

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE),
*Defendants-Appellees*

---

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy Rosenstengel Presiding.

## AFFIDAVIT

In compliance with the Court's Order dated February 23, 2021, I, David Seely, hereby submit a duplicate Notice of Appeal signed by me.

I intend to be an appellant in this case. The original Notice of Appeal included the words "With Consent" next to my signature in compliance with the Southern District of Illinois CM/ECF User's Manual rules.

Since I do not have access to file in the Appellate Court's ECF system at this time, I submit this to the Clerk for filing.

Respectfully submitted this 24th day of February, 2021.

*/s/ David Seely*
David Seely
4308 Marion Garden Ln
Florissant, MO 63034
615-423-8851
david-seely@live.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely<br><br>Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | Case No. 3:19-cv-96-NJR |

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs-Appellants in the above-named case, Subhadra Gunawardana and David Seely, hereby appeal to the United States Court of Appeals for the Seventh Circuit from: the final judgment entered on the 28th of January, 2021, dismissing the entire action with prejudice; and a number of previous rulings in the same action as would be specified in the appellate brief to follow.

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) is filed contemporaneously with this Notice of Appeal.

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list on February 22nd, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely