## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of email on February 24th, 2021.

*David Seely*
David Seely