# NO. 21-1330

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

Subhadra Gunawardana and David Seely, pro se

*Plaintiffs-Appellants*

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy J. Rosenstengel

## PLAINTIFFS-APPELLANTS' MOTION FOR ELECTRONIC CASE FILING

Plaintiffs-Appellants respectfully move the Court for permission to file and serve documents in the Court's Electronic Case Filing system. Both appellants have PACER accounts, are familiar with the ECF rules and instructions, and had access to electronic filing during the time this case was in the Southern District of Illinois. Permission to file electronically in the Court of Appeals will facilitate the progress of this case and make matters convenient for all parties.

Respectfully submitted this 24th day of February, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by email to Counsel for Defendants-Appellees, at hayesryan@grsm.com and mdellacroce@grsm.com, on February 24th, 2021.

/s/Dr. Subhadra Gunawardana<br>/s/David Seely