# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 25, 2021

**By the Court:**

| | |
|---|---|
| SUBHADRA GUNAWARDANA and DAVID SEELY, | ] Appeal from the United ] States District Court for |
| Plaintiffs-Appellants, | ] the Southern District of ] Illinois. |
| No. 21-1330     v. | ] ] No. 3:19-cv-00096-NJR |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., | ] ] Nancy J. Rosenstengel, |
| Defendants-Appellees. | ]     Chief Judge. |

O R D E R

On consideration of the Plaintiffs-Appellant's Jurisdictional Memorandum and the Affidavit filed by appellants on February 24, 2021,

**IT IS ORDERED** that this appeal shall proceed to briefing as to both plaintiffs-appellants. The briefing schedule is as follows:

1. The appellants shall file their joint brief and required short appendix on or before April 5, 2021.

2. The defendant-appellee shall file its brief on or before May 5, 2021.

3. The appellants shall file their joint reply brief, if any, on May 26, 2021.

NOTE:   Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to conclusion, the language in the rule that "[T]he disk contain nothing more than the text of the brief…" means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted. The parties are advised that Federal Rules of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates for briefs are set by order of court. All briefs are due by dates ordered.

-over-

No. 21-1330　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

Important Scheduling Notice !

    Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.　The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).