# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 26, 2021

Before

DANIEL A. MANION, *Circuit Judge*

| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00096-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

Upon consideration of the **MOTION FOR ELECTRONIC CASE FILING**, filed on February 24, 2021, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Appellants Subhadra Gunawardana and David Seely are granted leave to use the Electronic Case Filing system for filing material in this appeal. This court's Electronic Case Filing Procedures, the Electronic Case Filing User Manual, and answers to frequently asked questions regarding Electronic Case Filing are available at the Seventh Circuit's web site: **http://www.ca7.uscourts.gov**. The court will terminate the pro se litigants' filing user status upon the termination of the case, termination of the litigants' pro se status, or for any abuse of filing privileges.