# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 16, 2021

*By the Court:*

| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00096-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

The following is before the court: **PLAINTIFFS-APPELLANTS' REQUEST TO DESIGNATE THE RECORD ON APPEAL**, filed on March 12, 2021, by the pro se appellants.

To the extent that the appellants seek to designate items to be included in the record on appeal, the court will take no action on the filing because it is unnecessary. The district court no longer transmits the record on appeal. Because the record is electronic, it is available for this court's use without the need for transmission of a physical record. The appellants are reminded that, pursuant to Circuit Rule 10(a)(3), they must ensure that all electronic and non-electronic documents necessary for review on appeal are part of the district court record.

form name: **c7_Order_BTC**(form ID: **178**)