# NO. 21-1330

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

Subhadra Gunawardana and David Seely
*Plaintiffs-Appellants*
v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy J. Rosenstengel

### PLAINTIFFS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' JOINT BRIEF

The appellants' joint brief and required appendix are currently due by April 05, 2021. Pursuant to Circuit Rule 26 and supported by affidavit attached, plaintiff-appellants Subhadra Gunawardana and David Seely respectfully request an extension of forty days until May 15, 2021, for the reasons stated below. This is their first request for an extension.

1. This is a complex case with nine counts, alleging violations of seven statutes. Plaintiffs are appealing several rulings on both procedural and substantive grounds. The appeal requires a substantial amount of research on statute and case law.

2. Circuit Rule 31 requires producing and mailing 15 paper copies of the brief and 10 paper copies of any separate appendix. This is a time-consuming task for plaintiffs, who are pro se with no office equipment or staff.

3.  This being their first appeal, plaintiffs plan to email a draft brief to the Clerk's Office for review prior to duplication as advised in the Seventh Circuit Brief Filing Checklist. The Clerk's Office estimates an additional 5 business days for such review.

4.  Plaintiffs have pre-scheduled deadlines in another civil case currently pending in the Sixth Circuit Court for Davidson County, Tennessee [Case #19C2818, Seely et al. v GEICO], which includes Plaintiffs' motion for summary judgment due by April 01, 2021, set before the final judgment in the instant case was entered.

Wherefore, plaintiffs-appellants move this Honorable Court for a forty-day extension of the deadline to file the appellants' brief, up-to and including May 15, 2021.

Respectfully submitted this 24th day of March, 2021,

/s/Dr. Subhadra Gunawardana
/s/David Seely,
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list to all parties on March 24th, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely

2

**NO. 21-1330**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Subhadra Gunawardana and David Seely
*Plaintiffs-Appellants*
v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy J. Rosenstengel

**AFFIDAVIT OF SUBHADRA GUNAWARDANA AND DAVID SEELY**

We, Subhadra Gunawardana and David Seely, being over 18 years of age and of sound mind, hereby attest to the following facts.

1. We are the plaintiffs-appellants in the above-captioned case.

2. This is a complex case with nine counts, alleging violations of seven statutes. We are appealing several rulings on both procedural and substantive grounds. The appeal requires a considerable amount of research on statute and case law.

3. Circuit Rule 31 requires producing and mailing 15 paper copies of the brief and 10 paper copies of any separate appendix. This is a time-consuming task for us, as we have no office equipment or staff.

4. This being our first appeal, we plan to email a draft brief to the Clerk's Office for review prior to duplication as advised in the Seventh Circuit Brief Filing Checklist. Having contacted the

Clerk's Office on March 22nd and 23rd of 2021, we learned that they estimate an additional 5 business days for such review.

5. We are pro se plaintiffs in another civil case currently pending in the Sixth Circuit Court for Davidson County, Tennessee [Case # 19C2818; Seely et al. v GEICO]. That case has pre-scheduled deadlines including Plaintiffs' motion for summary judgment due by April 01, 2021, set before the final judgement in the instant case was entered.

Respectfully submitted this 24th day of March, 2021,

Dr. Subhadra Gunawardana
David Seely
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list to all parties on March 24th, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely