# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 25, 2021

| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00096-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

Upon consideration of the **PLAINTIFFS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' JOINT BRIEF**, filed on March 24, 2021, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The brief and required short appendix of the appellants are due by May 17, 2021.

2. The brief of the appellee is due by June 16, 2021.

3. The reply brief of the appellants, if any, is due by July 7, 2021.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.  The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)