# NO. 21-1330

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE SEVENTH CIRCUIT

Subhadra Gunawardana and David Seely, pro se

*Plaintiffs-Appellants*

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)
*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Illinois, Case No. 3:19-cv-00096-NJR
The Honorable Judge Nancy J. Rosenstengel

## PLAINTIFFS-APPELLANTS' NOTICE AND REQUEST REGARDING

## ORAL ARGUMENTS

In the event the Court schedules oral arguments in this case, Plaintiffs-Appellants Subhadra Gunawardana and David Seely hereby request accommodation for the dates they are unavailable, pursuant to Circuit Rule 34(b)(3).

The Appellant's Brief was filed on May 17, 2021, and the Appellee's Response Brief was filed on June 16, 2021. Appellants expect to submit their Reply Brief by July 7, 2021. They are unable to appear for oral arguments in the period from September 6 to October 8, 2021, due to the reasons below.

Appellants are pro se plaintiffs in another civil case pending in the Sixth Circuit Court for Davidson County, Tennessee [Case #19C2818, Seely et al. v GEICO], currently set for trial on

September 30 and October 1, 2021. They have to be in Tennessee for most of September 2021 to prepare for said trial, and to complete several tasks including deposition of late-disclosed witnesses, pre-trial conferences, and hearings for pre-trial motions. Since that Court's calendar includes hearing other motions in the morning of October 1, 2021, it is possible that the trial may continue to the following week.

Appellants respectfully request the Court to consider the aforementioned time conflict, and avoid scheduling oral argument in the instant case during the period of September 6 through October 8, 2021.

Respectfully submitted this 16th day of June 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list to all parties on June 16, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely