# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 25, 2021

Before

WILLIAM J. BAUER, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants <br><br> v. <br><br> AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00096-NJR <br> Southern District of Illinois <br> District Judge Nancy J. Rosenstengel | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)