# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 2, 2021

*By the Court:*

| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants  v.  AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00096-NJR  Southern District of Illinois  District Judge Nancy J. Rosenstengel ||

Upon consideration of **PLAINTIFFS-APPELLANTS' MOTION TO STAY MANDATE PENDING FILING AND DISPOSITION OF A PETITION FOR WRIT OF CERTIORARI**, filed on November 30, 2021, by the appellants,

**IT IS ORDERED** that the motion to stay the mandate is **DENIED**. Appellants do not need to stay the mandate in order to file a petition for writ of certiorari.

form name: **c7_Order_BTC**   (form ID: **178**)