# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 25, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re: Subhadra Gunawardana, et vir
v. American Veterinary Medical Association, et al.
No. 21-1178
(Your No. 21-1330)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 18, 2022 and placed on the docket February 25, 2022 as No. 21-1178.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst