# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 2, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: Subhadra Gunawardana, et vir
v. American Veterinary Medical Association, et al.
No. 21-1178
(Your No. 21-1330)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk