# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 24, 2021

*Before*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*



| | |
|---|---|
| No. 21-1330 | |
| SUBHADRA GUNAWARDANA and DAVID SEELY,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>AMERICAN VETERINARY MEDICAL ASSOCIATION, *et al.*,<br><br>*Defendants-Appellees*, | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 19-cv-96-NJR<br><br>Nancy J. Rosenstengel,<br>   *Chief Judge.* |

**O R D E R**

On consideration of plaintiffs-appellants petition for rehearing and petition for rehearing *en banc* filed on November 8, 2021, in connection with the above-referenced case, all of the judges on the original panel have voted to deny the petition for rehearing, and no judge in active service has requested a vote on the petition for rehearing *en banc*. It is, therefore, ORDERED that the petition for rehearing and petition for rehearing *en banc* are DENIED.